| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 05/8/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 402 E. State Street <br> Room 4000 <br> Trenton, NJ 08608 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. Co-Trustee | Trust #1 -- U/W ████████ Art. Fifth |
| 3. Co-Trustee | Trust #2 -- U/W ████████ Art. Sixth |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 11: 01 FINANCIAL DISCLOSURE OFFICE

Thompson_Anne_E

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. National Conference of Bar Examiners | May 15-18, 2008 | Alexandria, VA | Activity of Organization | Airfare, Hotel, Meals & Local Transp. |
| 2. National Conference of Bar Examiners | September 18-21, 2008 | San Diego, CA | Activity of Organization | Airfare, Hotel, Meals & Local Transp. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard U.S. Growth Fund | | None | | | Sold | 01/02 | L | A | |
| 2. Vanguard International Growth Fund | | None | | | Sold | 01/02 | L | E | |
| 3. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 4. Sun Nat'l Bank Checking Account #2 | | None | | | Transferred (to line 3) | | | | |
| 5. Dukes County Bank Account | | None | J | T | | | | | |
| 6. ING Direct | A | Interest | J | T | | | | | |
| 7. Glenmede Tax-Exempt Fund | A | Int./Div. | J | T | | | | | |
| 8. Genentech Inc | | None | J | T | Sold (part) | 09/04 | J | B | |
| 9. Talisman Energy | A | Dividend | J | T | Sold (part) | 06/16 | J | B | |
| 10. Apple Compuer Inc | | None | | | Sold (part) | 05/01 | J | C | |
| 11. Apple Compuer Inc | | None | | | Sold | 06/16 | J | C | |
| 12. American International Group Inc | | None | | | Sold | 01/17 | J | A | |
| 13. Equitable Resources Inc | | None | | | Sold | 01/15 | J | B | |
| 14. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 15. Cisco Systems | | None | | | Sold | 06/20 | J | A | |
| 16. Valero Energy Corp | A | Dividend | | | Sold | 03/14 | J | A | |
| 17. Joy Global Inc | A | Dividend | | | Sold | 03/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FPL Group | A | Dividend | J | T | | | | | |
| 19. Ace Limited Ord | A | Dividend | | | Sold | 07/10 | J | A | |
| 20. McDermott International Inc | | None | | | Sold (part) | 06/06 | J | A | |
| 21. McDermott International Inc | | None | | | Buy (add'l) | 10/29 | J | | |
| 22. McDermott International Inc | | None | | | Sold | 12/24 | J | A | |
| 23. Texas Instruments Inc | A | Dividend | | | Sold | 12/24 | J | A | |
| 24. Hansen Natural Corp | | None | J | T | | | | | |
| 25. ITT Educational Services Inc | | None | | | Sold | 01/08 | J | A | |
| 26. Coach Inc | | None | | | Buy | 01/04 | J | | |
| 27. Coach Inc | | None | | | Sold | 10/30 | J | A | |
| 28. American Express Co | A | Dividend | | | Buy | 01/11 | J | | |
| 29. American Express Co | | None | | | Sold | 09/25 | J | A | |
| 30. Fairpoint Communications Inc | | None | | | Buy | 02/20 | J | | |
| 31. Fairpoint Communications Inc | | None | | | Sold | 04/01 | J | A | |
| 32. Verizon Communications | A | Dividend | | | Buy | 02/20 | J | | |
| 33. Verizon Communications | | None | | | Sold | 11/24 | J | A | |
| 34. NII Holdings Inc-Cl B | | None | | | Buy | 04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NII Holdings Inc-Cl B | | None | | | Sold | 09/05 | J | A | |
| 36. Carpenter Technology Corp | A | Dividend | | | Buy | 04/25 | J | | |
| 37. Carpenter Technology Corp | | None | | | Sold | 12/05 | J | A | |
| 38. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 03/17 | J | | |
| 39. General Electric Co | A | Dividend | J | T | Buy | 06/16 | J | | |
| 40. Express Scripts | | None | J | T | Buy | 10/07 | J | | |
| 41. CVS Corp | A | Dividend | J | T | Buy | 10/17 | J | | |
| 42. Goldman Sachs Group Inc | | None | J | T | Buy | 11/14 | J | | |
| 43. Rio Tinto PLC | | None | J | T | Buy | 11/26 | J | | |
| 44. U.S. Bancorp | | None | J | T | Buy | 12/02 | J | | |
| 45. Trust #1 -- U/W ▮▮▮▮▮ Art. Fifth | D | Dividend | N | T | | | | | |
| 46. -- Delaware River Port Auth Bond | | | | | Sold | 11/12 | K | A | |
| 47. -- Lindenwold Boro NJ Bond | | | | | Sold | 11/12 | J | A | |
| 48. -- NJ State Tpk Auth Bond | | | | | Sold<br>(part) | 01/01 | J | A | |
| 49. -- Columbia Money Market Fund | | | | | Sold | 11/12 | K | B | |
| 50. -- Fidelity Diversified Int'l Fund | | | | | Sold<br>(part) | 11/24 | K | A | |
| 51. -- Columbia Acorn Fund Cl. Z | | | | | Sold | 11/24 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Columbia Acorn Select Fund | | | | | Sold | 11/24 | J | A | |
| 53. -- Columbia Mid-Cap Value Fund Cl. Z | | | | | Sold | 11/24 | J | A | |
| 54. -- Fidelity Income Strategic Fund | | | | | Sold | 11/24 | M | A | |
| 55. -- Dodge & Cox Fund | | | | | Sold | 11/24 | L | A | |
| 56. -- Columbia Marisco Growth Fund | | | | | Sold | 11/24 | L | A | |
| 57. -- Bond, Branchburg Twp, NJ | | | | | Sold | 11/24 | L | A | |
| 58. -- Columbia Marisco 21st Century Fund | | | | | Sold | 11/24 | J | C | |
| 59. -- Fidelity Cash Reserves | | | | | Buy | 11/24 | J | | |
| 60. -- Fidelity Advisor New Insights Fund Cl. I | | | | | Buy | 11/24 | J | | |
| 61. -- Fidelity Real Estate Investment Fund | | | | | Buy | 11/24 | J | | |
| 62. -- Fidelity Blue Chip Growth Fund | | | | | Buy | 11/24 | J | | |
| 63. -- Fidelity NJ Municipal Income Fund | | | | | Buy | 11/24 | K | | |
| 64. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy | 11/24 | K | | |
| 65. -- Cambriar Opportunity Investor Fund | | | | | Buy | 11/24 | J | | |
| 66. -- AllianceBern Muni Inc Fund II NJ Cl. A | | | | | Buy | 11/24 | K | | |
| 67. -- Allianz NFJ Dividend Value Fund Cl. D | | | | | Buy | 11/24 | K | | |
| 68. -- Baron Growth Fund | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Clipper Fund | | | | | Buy | 11/24 | J | | |
| 70. -- Columbia Marisco Focused Eq. Cl. A | | | | | Buy | 11/24 | K | | |
| 71. -- Credit Suisse Commd Return Strategy Com Shr | | | | | Buy | 11/24 | J | | |
| 72. -- DWS Strategic High Yield Tax Free Cl. S | | | | | Buy | 11/24 | K | | |
| 73. -- Davis NY Venture Cl. A | | | | | Buy | 11/24 | K | | |
| 74. -- Diamond Hill Small Cap Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 75. -- Eaton Vance Float Rate High Income Fund Adv | | | | | Buy | 11/24 | J | | |
| 76. -- Franklin NJ Tax Free Income Fund A | | | | | Buy | 11/24 | K | | |
| 77. -- Harbor Capital Appreciation Fund | | | | | Buy | 11/24 | J | | |
| 78. -- Hartford Capital Appreciation Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 79. -- Hotchkins & Wiley Mid Cap Value Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 80. -- Morgan Stanley Mid Cap Growth Port Cl. P | | | | | Buy | 11/24 | J | | |
| 81. -- Mutual Series Mutual Shares Cl. A | | | | | Buy | 11/24 | J | | |
| 82. -- Nuveen NJ Muni Bond Fund Cl. A | | | | | Buy | 11/24 | K | | |
| 83. -- T Rowe Price Mid Cal Value Fund Adv Class | | | | | Buy | 11/24 | J | | |
| 84. -- T Rowe Price Value Fund Adv Class | | | | | Buy | 11/24 | K | | |
| 85. -- Royce PA Mutual Fund | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- S&P 500 Depository Receipt | | | | | Buy | 11/24 | K | | |
| 87. -- CRM Mid Cap Value Investor Fund | | | | | Buy | 11/24 | J | | |
| 88. Trust #2 -- U/W ▮▮▮▮ Art. Sixth | C | Dividend | O | T | | | | | |
| 89. -- Burlington County NJ Bond | | | | | | | | | |
| 90. -- NJ Health Care Facs Bond | | | | | Sold | 11/12 | J | A | |
| 91. -- NJ State Transit Corp Bond | | | | | Sold | 11/12 | L | A | |
| 92. -- Ocean City NJ Bond | | | | | | | | | |
| 93. -- Columbia Money Market Fund | | | | | Sold | 11/12 | K | B | |
| 94. -- Fidelity Diversified Int'l Fund | | | | | Sold (part) | 11/21 | K | B | |
| 95. -- Columbia Acorn Fund Cl. Z | | | | | Sold | 11/21 | J | A | |
| 96. -- Columbia Acorn Select Fund | | | | | Sold | 11/21 | J | A | |
| 97. -- Columbia Mid-Cap Value Fund Cl. Z | | | | | Sold | 11/21 | J | A | |
| 98. -- Dodge & Cox Fund | | | | | Sold | 11/21 | L | A | |
| 99. -- Columbia Marisco Growth Fund | | | | | Sold | 11/21 | L | B | |
| 100. -- Bond, Branchburg Twp, NJ | | | | | Sold | 11/21 | L | A | |
| 101. -- Fidelity Cash Reserves | | | | | Buy | 11/24 | J | | |
| 102. -- Fidelity Advisor Mid Cap Fund II Cl. I | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Fidelity Advisor Int'l Discovery Fund Cl. I | | | | | Buy | 11/24 | J | | |
| 104. -- Fidelity Real Estate Investment Fund | | | | | Buy | 11/24 | J | | |
| 105. -- Fidelity Blue Chip Growth Fund | | | | | Buy | 11/24 | J | | |
| 106. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy | 11/24 | K | | |
| 107. -- Allianz NFJ Dividend Value Fund Cl. D | | | | | Buy | 11/24 | K | | |
| 108. -- Baron Growth Fund | | | | | Buy | 11/24 | J | | |
| 109. -- Columbia Marisco Focused Eq. Cl. A | | | | | Buy | 11/24 | K | | |
| 110. -- Credit Suisse Commd Return Strategy Com Shr | | | | | Buy | 11/24 | J | | |
| 111. -- DWS Strategic High Yield Tax Free Cl. S | | | | | Buy | 11/24 | L | | |
| 112. -- Davis NY Venture Cl. A | | | | | Buy | 11/24 | K | | |
| 113. -- Diamond Hill Small Cap Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 114. -- Eaton Vance Float Rate High Income F und Adv | | | | | Buy | 11/24 | J | | |
| 115. -- Franklin NJ Tax Free Income Fund A | | | | | Buy | 11/24 | K | | |
| 116. -- Harbor Capital Appreciation Fund | | | | | Buy | 11/24 | J | | |
| 117. -- Hartford Capital Appreciation Fund Cl. A | | | | | Buy | 11/24 | K | | |
| 118. -- IShares TR Russell 100 Growth Index Fund | | | | | Buy | 11/24 | J | | |
| 119. -- Artio Int'l Equity Fund II Cl. A | | | | | Buy | 11/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Mutual Series Mutual Shares Cl. A | | | | | Buy | 11/24 | J | | |
| 121. -- Nuveen NJ Muni Bond Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 122. -- RS Value Fund | | | | | Buy | 11/24 | J | | |
| 123. -- Rainier Large Cap Equity Port Fund | | | | | Buy | 11/24 | J | | |
| 124. -- T Rowe Price Mid Cal Value Fund Adv Class | | | | | Buy | 11/24 | J | | |
| 125. -- T Rowe Price Value Fund Adv Class | | | | | Buy | 11/24 | K | | |
| 126. -- Royce PA Mutual Fund | | | | | Buy | 11/24 | J | | |
| 127. -- S&P 500 Depository Receipt | | | | | Buy | 11/24 | K | | |
| 128. -- Thornburg Value Fund Cl. A | | | | | Buy | 11/24 | J | | |
| 129. -- Van Kampen Com Stock Cl. A | | | | | Buy | 11/24 | J | | |
| 130. -- CRM Mid Cap Value Investor Fund | | | | | Buy | 11/24 | J | | |
| 131. Glenmede Trust IRA | E | Distribution | O | T | | | | | |
| 132. -- Glenmede Core Fixed Income Port | | | | | | | | | |
| 133. -- Bank of America Bond | | | | | | | | | |
| 134. -- Corp Backed Trust Certs Bond | | | | | | | | | |
| 135. -- Corts GE Capital Bond | | | | | | | | | |
| 136. -- ING Group Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- General Electric Co | | | | | Buy (add'l) | 06/19 | J | | |
| 138. -- ChevronTexaco Corp | | | | | Sold | 01/04 | K | D | |
| 139. -- Exxon Mobil Corp | | | | | | | | | |
| 140. -- Bank of America Corp | | | | | Sold | 06/18 | J | A | |
| 141. -- Citigroup Inc | | | | | | | | | |
| 142. -- Johnson & Johnson | | | | | | | | | |
| 143. -- Microsoft Corp | | | | | Sold | 11/21 | J | A | |
| 144. -- Duke Energy Corp | | | | | Sold | 05/30 | J | C | |
| 145. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 146. -- Talisman Energy | | | | | Buy (add'l) | 07/11 | J | | |
| 147. -- FNMA Dtd 2/18/04 | | | | | Sold | 01/25 | K | A | |
| 148. -- Glenmede International Fund | | | | | | | | | |
| 149. -- Devon Energy Group | | | | | Sold (part) | 05/19 | J | C | |
| 150. -- Merrill Lynch Bond | | | | | Sold | 09/11 | K | A | |
| 151. -- Genentech Inc | | | | | Sold (part) | 09/04 | J | B | |
| 152. -- Equitable Resources Inc | | | | | Sold (part) | 01/15 | J | D | |
| 153. -- Equitable Resources Inc | | | | | Buy (add'l) | 06/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Weatherford Int'l Ltd | | | | | Buy (add'l) | 02/06 | J | | |
| 155. -- Apple Computer Inc | | | | | | | | | |
| 156. --American International Group | | | | | Sold | 01/17 | J | A | |
| 157. -- Unitedhealth Group | | | | | Buy (add'l) | 04/03 | J | | |
| 158. -- Unitedhealth Group | | | | | Sold | 06/19 | J | A | |
| 159. -- Qualcomm Corp | | | | | Buy (add'l) | 07/01 | J | | |
| 160. -- U.S. Treas Notes Dtd 10/31/06 4.875% | | | | | Sold | 10/31 | L | A | |
| 161. -- Rio Tinto PLC | | | | | | | | | |
| 162. -- NII Holdings Inc - Cl. B | | | | | Buy (add'l) | 03/07 | J | | |
| 163. -- NII Holdings Inc - Cl. B | | | | | Sold (part) | 09/05 | J | A | |
| 164. -- McDermott International Inc | | | | | Sold (part) | 06/06 | J | D | |
| 165. -- McDermott International Inc | | | | | Buy (add'l) | 08/08 | J | | |
| 166. -- Procter & Gamble Co | | | | | | | | | |
| 167. -- Cisco Systems | | | | | Sold | 07/09 | J | A | |
| 168. -- Nordstrom Inc | | | | | Sold | 01/25 | J | A | |
| 169. -- Valero Energy Corp | | | | | Sold | 03/14 | J | A | |
| 170. -- Wachovia Corp | | | | | Sold | 09/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Thompson, Anne E. | . | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Joy Global Inc | | | | | Sold | 02/08 | K | C | |
| 172. -- Wellpoint Inc | | | | | Sold | 01/09 | J | A | |
| 173. -- FPL Group Inc | | | | | | | | | |
| 174. -- Neustar Inc | | | | | Buy (add'l) | 02/06 | J | | |
| 175. -- Neustar Inc | | | | | Sold | 11/21 | J | A | |
| 176. -- Ace Limited ORD | | | | | Sold | 07/10 | J | A | |
| 177. -- Nvidia Corp | | | | | Buy (add'l) | 05/09 | J | | |
| 178. -- Hansen Natural Corp | | | | | Buy (add'l) | 01/30 | J | | |
| 179. -- Texas Instruments Inc | | | | | | | | | |
| 180. -- Accenture Ltd | | | | | | | | | |
| 181. -- AT&T Inc | | | | | | | | | |
| 182. -- Bond, Freddie Mac | | | | | Sold | 09/08 | J | A | |
| 183. -- ITT Educational Services Inc | | | | | Sold | 01/08 | J | A | |
| 184. -- Nucor Corp | | | | | Buy | 01/04 | J | | |
| 185. -- Nucor Corp | | | | | Sold | 05/08 | K | D | |
| 186. -- Coach Inc | | | | | Buy | 01/04 | J | | |
| 187. -- Coach Inc | | | | | Sold | 10/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Bond, Fannie Mae | | | | | Buy | 01/08 | K | | |
| 189. -- Bond, Fannie Mae | | | | | Sold | 09/08 | J | A | |
| 190. -- American Express Co | | | | | Buy | 01/11 | J | | |
| 191. -- American Express Co | | | | | Sold | 09/25 | J | A | |
| 192. -- Hartford Financial Services Group Inc | | | | | Buy | 01/28 | J | | |
| 193. -- Fairpoint Communications Inc | | | | | Buy | 02/20 | J | | |
| 194. -- Fairpoint Communications Inc | | | | | Sold | 04/11 | J | A | |
| 195. -- Verizon Communications | | | | | Buy | 02/20 | J | | |
| 196. -- Verizon Communications | | | | | Sold | 11/24 | J | A | |
| 197. -- Google Inc | | | | | Buy | 02/21 | K | | |
| 198. -- JP Morgan Chase & Co | | | | | Buy | 03/17 | J | | |
| 199. -- Carpenter Technology Corp | | | | | Buy | 04/30 | J | | |
| 200. -- Black & Decker Corp | | | | | Buy | 06/04 | K | | |
| 201. -- Black & Decker Corp | | | | | Sold | 09/18 | K | A | |
| 202. -- Honeywell International Inc | | | | | Buy | 06/25 | J | | |
| 203. -- Garmin Ltd | | | | | Buy | 06/27 | J | | |
| 204. -- Garmin Ltd | | | | | Sold | 09/04 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -- Nucor Corp | | | | | Buy | 08/07 | J | | |
| 206. -- Express Scripts | | | | | Buy | 10/07 | J | | |
| 207. -- CVS Corp | | | | | Buy | 10/17 | J | | |
| 208. – Goldman Sachs Group Inc | | | | | Buy | 11/14 | J | | |
| 209. -- U.S. Bancorp | | | | | Buy | 12/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/8/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Thompson, Anne E. | . | 05/8/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544